UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KEVIN WANGERIN,

Petitioner,

v.

TIMOTHY O'DELL, Warden, and
JON E. LITSCHER, ET AL.,

Respondents.

Civil No. 00-2765 (MJD/ESS)

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY WRIT SHOULD NOT BE GRANTED**

Petitioner has filed an Amended Petition for a writ of habeas corpus challenging the validity of his confinement at the Prairie Correctional Facility, Appleton, Minnesota. (Docket No. 6.) Respondents are directed to make a return in writing within 30 days from the date of this order, certifying the true cause of Petitioner's detention and showing cause why the writ should not be granted.

The return shall be filed with the Court and shall include:

1. Such affidavits and exhibits as are needed to establish the lawfulness of Petitioner's incarceration;

2. A reasoned memorandum of law and fact fully stating Respondents' legal position with respect to the grounds for relief listed on the face of the Amended Petition, and also stating Respondents' recommendation as to the need for an evidentiary hearing in this matter; and

3. Certified copies of any documents -- including records from Petitioner's state court criminal proceedings and/or Petitioner's prison records -- that may be relevant to the issues raised in the Amended Petition.

2 6 2001
DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Absent compliance with this order within the 30-day time period, the Court will entertain a motion to grant the relief prayed for in the petition.

IT IS FURTHER ORDERED that upon the filing of the foregoing, the parties shall await the further order of this Court.

Dated: February 20, 2001

E.S. SWEARINGEN
United States Magistrate Judge