# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Kevin Wangerin

Plaintiff

v.

Warden O'Dell and
Jon E. Litscher

Defendants

Case No. Civil 00-2765 MJD/ESS

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Respondent's motion to dismiss Petitioner's application for habeas corpus is granted. This action is dismissed with prejudice.

DATE: October 3, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez, Deputy Clerk